**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-1952**

MONICA SERWAAH,

                    Petitioner,

          v.

ERIC H. HOLDER, JR., Attorney General,

                    Respondent.

On Petition for Review of an Order of the Board of Immigration
Appeals.

Submitted:  June 15, 2010              Decided:  June 25, 2010

Before SHEDD and DAVIS, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Petition dismissed in part and denied in part by unpublished per
curiam opinion.

Fatai A. Suleman, AMITY, KUM & SULEMAN, PA, Greenbelt, Maryland,
for Petitioner. Tony West, Assistant Attorney General, Ethan B.
Kanter, Senior Litigation Counsel, Jeffrey L. Menkin, Office of
Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE,
Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Monica Serwaah, a native and citizen of Ghana, seeks review of an order of the Board of Immigration Appeals dismissing her appeal of the Immigration Judge's decision denying relief from removal. We have reviewed the administrative record and find that Serwaah's procedural due process claim, her challenge to the denial of voluntary departure, and her claim that the time period calculation for the relief sought was miscalculated were not properly exhausted before the Board, and thus are not subject to review. See 8 U.S.C. § 1252(d)(1) (2006). Next, we have considered Serwaah's challenge to the agency finding that she failed to qualify for cancellation of removal and find her claims to be without merit. See 8 U.S.C. § 1229b(b)(1)(B) (2006).

Accordingly, we dismiss in part and deny in part the petition for review. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DISMISSED IN PART
AND DENIED IN PART

2